## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 13, 2016

Mr. Dennis L. Perkins
Law Offices
528 W. Grand River Avenue
Howell, MI 48843-0000

Mr. Richard T. Ponsetto, Jr.
2425 South Linden Road
Suite C
Flint, MI 48532

Mr. Michael Edward Tindall
Law Offices
P.O. Box 46564
Mount Clemens, MI 48046

Re: Case No. 16-1526, *Michael Mason, et al v. Christopher Wyman, et al*
Originating Case No. : 2:15-cv-12459

Dear Counsel:

Briefing in this case will be held in abeyance temporarily because transcript was ordered. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036