RECEIVED
JUN - 6 2016
DEBORAH S. HUNT, Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
### CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: 16-1526

Case Name: IN RE WYMAN, MASON/DUGGAN V WYMAN/GENTRY

Is this case a cross appeal? ☐ Yes ☒ No
Has this case or a related one been before this court previously? ☐ Yes ☐ No
If yes, state:
 Case Name: _____ Citation: _____
 Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

CHRISTOPHER D WYMAN AND DIANA K. GENTRY

1. DID THE ORDER IN QUESTION DISPOSE OF FEWER THAN ALL OF THE CLAIMS INVOLVED IN THIS ACTION AND IT DID NOT DIRECT ENTRY OF A FINAL, APPEALABLE JUDGMENT
2. DID DISTRICT COURT PROPERLY DENY A MOTION FOR LEAVE TO FILE AN INTERLOCUTORY BANKRUPTCY APPEAL

4. IS THE APPELLANT APPEAL A FRIVOLOUS AND VEXATIOUS APPEAL

This is to certify that a copy of this statement was served on opposing counsel of record this 4TH day of JUNE, 2016.

DIANA GENTRY, Pro Se
Name of Counsel for Appellant

*Diana Gentry, Pro Se* (signature)

6CA-53
Rev. 6/08

